IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MASON IBRA GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-CV-04063-SRB |
| | ) | |
| CENTERPOINTE HOSPITAL-COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report & Recommendation. (Doc. #4.) Judge Epps recommends that the undersigned deny Plaintiff's Motion for Leave to Proceed in Forma Pauperis and dismiss the case based on the proposed Complaint's failure to state a claim. (Doc. #1.) Judge Epps found that Plaintiff does not allege facts from which the Court could find that the Defendants, private actors, acted under the color of state law in their interactions with Plaintiff; or that Defendants had a meeting of the minds with any state actor; or that Plaintiff was in custody during his time at CenterPointe Hospital.

After an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Epps's Report and Recommendation, (Doc. #4), and find that Plaintiff's proposed Complaint fails to state a claim upon which relief can be granted. Accordingly, it is hereby **ORDERED** that the Report & Recommendation, (Doc. #4), be attached to and made part of this Order. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. #1) is **DENIED**. It is further **ORDERED** the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**   /s/ Stephen R. Bough
　　　　　　　　　　　　　　　　　　　STEPHEN R. BOUGH, JUDGE
Dated: April 30, 2025.　　　　　　　UNITED STATES DISTRICT COURT

1